# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-1376**　　　　　　　　　　　　　　　**September Term, 2012**

EPA-77FR41051

Filed On: May 10, 2013 [1435675]

American Petroleum Institute, et al.,

    Petitioners

  v.

Environmental Protection Agency,

    Respondent

------------------------------

Clean Air Council, et al.,
    Intervenors

## O R D E R

    Upon consideration of the joint motion to govern further proceedings, it is

    **ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

    The parties are directed to file motions to govern future proceedings in this case within 30 days of the disposition by the Supreme Court of the United States of No. 12-1146, <u>Utility Air Regulatory Group v. EPA</u>, and any related petitions for certiorari.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                      BY:    /s/
                                Mark A. Butler
                                Deputy Clerk