## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————————————————

|  |  |  |
|---|---|---|
| AMERICAN PETROLEUM  INSTITUTE | ) | |
| | ) | |
| | ) | No. 12-1376 |
| Petitioners, | ) | (and consolidated |
| | ) | cases) |
| v. | ) | |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY, | ) | |
| | ) | |
| Respondent. | ) | |

———————————————————————  )

### NOTICE OF WITHDRAWAL OF COUNSEL

Notice is hereby given that Lisa J. Zak , counsel for intervenor-Respondent

Clean Air Council, has withdrawn her appearance as counsel in the above-

captioned proceeding.  Ms. Zak is no longer employed by Clean Air Task Force,

and therefore no longer represents its client in this matter.

Respectfully submitted by:      /s/ *Ann Brewster Weeks*
                                Ann Brewster Weeks
                                Clean Air Task Force
                                18 Tremont Street, Suite 530
                                Boston, MA 02108
                                (617) 624-0234

                                *Attorney for: Clean Air Council*

Dated:  May 16, 2013

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Notice of Withdrawal of

Counsel was on this 16th day of May, 2013, served electronically through the

Court's CMF/ECF system on all counsel of record in this proceeding.

BY:   */s/ Ann Brewster Weeks*
Ann Brewster Weeks
Clean Air Task Force
18 Tremont Street, Suite 530
Boston, MA 02108
(617) 624-0234

*Attorney for: Clean Air Council*