# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 12-1376** | **September Term, 2013** |
| | EPA-77FR41051 |
| | Filed On: July 28, 2014 [1504685] |

American Petroleum Institute, et al.,

    Petitioners

  v.

Environmental Protection Agency,

    Respondent

------------------------------

Clean Air Council, et al.,
              Intervenors

### O R D E R

Upon consideration of petitioners' motion to govern future proceedings, it is

**ORDERED** that the motion be granted, and this case remain held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the reissuance of this court's mandate in No. 09-1322, et al., <u>Coalition for Responsible Regulation, Inc., et al. v. EPA</u>.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                                BY:    /s/
                                                   Mark A. Butler
                                                   Deputy Clerk